DOC NO
REC'D/FILED

2017 DEC 20 AM 9:23

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN **SEALED**

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 17-CR-127-wmc |
| DALWAYNE HOWARD, | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about December 7, 2017, in the Western District of Wisconsin, the defendant,

DALWAYNE HOWARD,

having previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a Smith and Wesson, Model SD9, 9mm pistol, serial number FZE0865 and Blazer 9mm ammunition, said firearm and ammunition having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

A TRUE BILL

_____
PRESIDING JUROR

_____
SCOTT C. BLADER
United States Attorney

Indictment returned: 12/20/2017